In the Case of

Ayana Nicole Johnson

2012 JAN -9 P 2: 37

JON A. SANFILIPPO
CLERK

Docket No. 12-C-0027
*(To be Supplied by Clerk)*

v.

Popeyes chicken

## PETITION AND AFFIDAVIT TO PROCEED
## WITHOUT PREPAYMENT OF FEES AND/OR COSTS

I, Ayana nicole Johnson , declare that I am the
(print your full name)

☐ Petitioner  ☒ Plaintiff  ☐ Movant  ☐ Appellant  ☐ Other_____

in the above-entitled action. In support of my request to proceed *in forma pauperis*, I declare that I am unable to pay the fees and/or costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion/appeal.

In support of this petition, I answer the following questions truthfully and under penalty of perjury: *(Additional pages may be added, if necessary, to provide complete information.)*

### Appeals

If you are filing an appeal from a district court's judgment/decision, state the issues that you intend to appeal:

_____
_____
_____
_____

**Personal Information**

1) Are you employed?  ☐ Yes  ☒ No

   If no, give the month and year when you were last employed and state the amount of that monthly income.

   <u>12-2009</u>  $ <u>1160.00 monthly (estimated amount)</u>
   (month and year)

2) Are you currently incarcerated?  ☐ Yes  ☒ No

   If yes, state the place of your incarceration and provide your prisoner identification number:

   _____   _____
   (place)                     (number)

   In addition, if you are a prisoner, you must have an authorized officer attach a printout of your prison trust account statement showing transactions for the six-month period immediately preceding the filing of your complaint, motion, petition or appeal and showing the balance of your release account. You must also complete the attached "Authorization for Release of Institutional Account Information and Payment of the Filing Fee."

3) Are you currently married?  ☐ Yes  ☒ No

   If yes, is your spouse employed?  ☐ Yes  ☐ No  N/A

4) Do you have any legal dependents (children/adults) whom you are responsible for supporting?

   ☒ Yes  ☐ No

   If yes, list them below:

| First and Last Initials (For Minor Children Only) or Name | Relationship To You | Age | Amount of Support Provided Per Month |
|---|---|---|---|
| A— R— R— | Daughter | 4 | $ 0 |
|  |  |  | $ |
|  |  |  | $ |

**Property** – *If you are married, your answers must include your spouse's property.*

1) Do you own a car?  ☐ Yes  ☒ No

Petition and Affidavit To Proceed Without Prepayment of Fees And/Or Costs    May 2007

-2-

Case 2:12-cv-00027-JPS   Filed 01/09/12   Page 2 of 5   Document 2

**Property** -continued

If yes, list car(s) below:

| Model and Make | Year | Approximate Current Value |
|---|---|---|
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |
| _____ | _____ | $_____ |

2) Do you own your residence(s)?  ☐ Yes  ☒ No

If yes, state the approximate value(s).  $_____

3) Do you own any other valuable tangible property, including but not limited to, jewelry, artwork, or antiques?

☐ Yes  ☒ No

If yes, identify the property and its approximate value(s).

| Property | Approximate Value |
|---|---|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

4) Do you have any cash or checking, savings, or other similar accounts?  ☐ Yes  ☒ No

If yes, state the total amount of such sums. $_____

5) Do you own any intangible property, including but not limited to stocks, bonds, trusts, or individual retirement accounts (e.g., IRA, 401k)?

☐ Yes  ☒ No

If yes, state the nature of that property and the approximate value(s).

_____

_____

**Income** – *If you are married, your answers must include your spouse's income.*

> *(When calculating income, you must include any salary, child support, public assistance, unemployment compensation, disability payments, life insurance payments, pensions, annuities, workers' compensation, stock dividends and interest, gifts, and inheritance, or other incoming monies.)*

State your total monthly income: $ 653.00

State your spouse's total monthly income: $ 0

**Expenses** – *If you are married and/or have dependents, your expenses should also include your household's expenses.*

> *(When calculating household expenses, you may include groceries, clothing, medical costs, utilities which are not included in your rental payments, transportation, and insurance.)*

1) Identify the following amounts that you pay per month:

   ☑ Rent or ☐ Mortgage $ 190.00

   Car payment(s) $ 0

   Alimony and/or court-ordered child support $ 0

   Credit card payment(s) $ 0

2) Do you have any other monthly expenses that you have not already identified?

   ☑ Yes  ☐ No

   If yes, list them below:

| Expense | Amount |
|---|---|
| Utilities | $ on average (@ 100 Monthly -125.00) |
| Groceries | $ on average (@ 50-100) |
| Clothing | $ on average @ 50.00 |
| Sanitary Products (Tissue, Cleaning products) | $ 75.00 on average |
| Transportation @ -60- 80 etc. | |

3) What is the total amount of your monthly expenses? $ 400-450.00

Petition and Affidavit To Proceed Without Prepayment of Fees And/Or Costs    May 2007

Case 2:12-cv-00027-JPS   Filed 01/09/12   Page 4 of 5   Document 2

**Other Circumstances** – *Describe any other financial circumstance(s) that you would like the court to consider when reviewing this petition.*

I am Currently a Single parent of 1 4 year old daughter, who's unemployed, and trying to make end's meet. I do not recieve any child Support from the father of my child.

01-09-2012

Date

Signature – Signed Under Penalty of Perjury